UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENDRICK D. HALL (#412878)

VERSUS

SGT. F. ARMOND

CIVIL ACTION

NO. 12-677-SDD-SCR

RULING
AND
ORDER OF DISMISSAL

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 22, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendant's *Motion for Summary Judgment*[3] is GRANTED and this action is dismissed.

Baton Rouge, Louisiana the 30 day of May, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 35.
[3] Rec. Doc. 26.